SCWC-15-0000919

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DANTE RACKLEY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000919; CR. NO. 12-1-0552)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Garibaldi, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Dante Rackley's

application for writ of certiorari, filed on November 29, 2017 is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 4, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Colette Y. Garibaldi

